# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTIS C. CARROLL, JR.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 19-238** |
| | : | |
| **JEFFERY D. WRIGHT,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 24th day of January 2019, upon considering *pro se* Plaintiff Artis C. Carroll, Jr.'s Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 5), Prisoner Trust Fund Account Statement (ECF Doc. No. 6), and Complaint (ECF Doc. No. 1), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 5) is **GRANTED**;

2. Artis C. Carroll, #LG-6537, shall pay the full filing fee of $350.00 in installments under 28 U.S.C. § 1915(b). After reviewing Mr. Carroll's submitted financial information, we assess an initial partial filing fee of $3.33. The Warden or other appropriate official at the Lancaster County Prison or at any other prison at which Mr. Carroll may be incarcerated is directed to deduct $3.33 from Mr. Carroll's inmate trust fund account, when such funds become available, and forward the amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 19-238. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Lancaster County Prison or at any other prison at which Mr. Carroll may be incarcerated, shall deduct from Mr. Carroll's account, each time Mr.

Carroll's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward the amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 19-238;

3. The Clerk of Court shall send a copy of this Order to the Warden of the Lancaster County Prison;

4. The Complaint (ECF Doc. No. 1) is deemed **filed**;

5. The Complaint is **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Mr. Carroll may not file an amended complaint in this matter; and,

6. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.